ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-FLINT

**UNITED STATES OF AMERICA,**
Plaintiff,

v.

NO. **06-20286**

HON. PAUL V. GADOLA

**CHARLES GARY-DON ABBEY,**
Defendant.
_____/

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

[conspiracy to bribe a public official; 18 U.S.C. §§ 371 and 666(a)(2)]

That from about May 2001 until about October 16, 2001, in the Eastern District of Michigan, CHARLES GARY-DON ABBEY and Louis Albert-Blake Rizzo conspired and agreed with each other, and with other persons, to commit an offense against the United States, that is, to give a thing of value to an agent of a local government which received in the year 2001 Federal assistance benefits in excess of $10,000, with intent to influence and reward said agent in connection with business of such government involving anything of value of at least $5,000, in violation of Section 666(a)(2).

It was part said conspiracy that Louis Albert-Blake Rizzo would give to CHARLES GARY-DON ABBEY, the City Administrator of Burton, Michigan, a government that received in excess of $10,000 under a Federal assistance program during the year 2001, real property described as lot 239 of Maplewood Meadows No. 4 in Burton, Michigan, commonly known as 4260 Meadows Avenue, Grand Blanc, Michigan, with intent to reward and influence CHARLES GARY-DON ABBEY in connection with past and future business transactions of the City of Burton involving a value of $5000 or more.

It was further part of said conspiracy that CHARLES GARY-DON ABBEY and Louis Albert-Blake Rizzo would cause the deed to this real property to be transferred to CHARLES GARY-DON ABBEY through a third person, in order to avoid public knowledge of the fact that it was being given with intent to reward and influence CHARLES GARY-DON ABBEY in connection with past and future business transactions of the City of Burton.

In furtherance of said conspiracy, and to effect the objects thereof, the co-conspirators performed the following overt acts, among others:

a) on or about June 4, 2001, Louis Albert-Blake Rizzo, as President of New Life Residential LLC, signed a Quit Claim Deed transferring lot 239 of

Maplewood Meadows No. 4 to Amanda Wilcox Spangler, an employee of Louis Albert-Blake Rizzo;

b) on or about October 16, 2001, Louis Albert-Blake Rizzo caused his employee Amanda Wilcox Spangler to sign a Quit Claim Deed transferring lot 239 of Maplewood Meadows No. 4 to CHARLES G. ABBEY and Ann M. Abbey, his wife, and, thereafter, to deliver said Quit Claim Deed to Ann M. Abbey.

The conspiracy described above was all in violation of Section 371 of Title 18, United States Code.

## COUNT TWO

[solicitation of bribe by public official; 18 U.S.C. § 666(a)(1)]

That from about May 2001 until about October 16, 2001, in the Eastern District of Michigan, CHARLES G. ABBEY, being an agent of a local government, that is, the City Administrator of Burton, Michigan, a government that received in excess of $10,000 during the year 2001 under a Federal assistance program, corruptly solicited, demanded, and accepted a thing of value, that is, a deed to lot 239 of Maplewood Meadows No. 4 in Burton, Michigan, commonly known as 4260 Meadows Avenue, Grand Blanc, Michigan, intending to be rewarded and influenced in connection

with business transactions of the City of Burton involving a value of $5000 or more, in violation of Section 666(a)(1) of Title 18, United States Code.

### COUNT THREE

[extortion by public official; 18 U.S.C. § 1951]

That from about May 2001 until about October 16, 2001, in the Eastern District of Michigan, CHARLES G. ABBEY, who was then the City Administrator of Burton, Michigan, affected commerce by obtaining property from another, specifically, the deed to lot 239 of Maplewood Meadows No. 4, Burton, Michigan, commonly known as 4260 Meadows Avenue, Grand Blanc, Michigan, under color of his official right as City Administrator, all in violation of Section 1951 of Title 18, United States Code.

**THIS IS A TRUE BILL.**

Dated: May 24, 2006          s/ Grand Jury Foreperson

STEPHEN J. MURPHY
United States Attorney

s/ ROBERT W. HAVILAND (P25665)
Assistant United States Attorney
600 Church Street
Flint, MI 48502
(810) 766-5031
E-Mail: robert.haviland@usdoj.gov

| Criminal Case Cover Sheet | Case Number |
|---|---|
| United States District Court<br>Eastern District of Michigan | 06-20286 |

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]:  ☐ Yes  ☐ No | Judge Assigned:<br>AUSA's Initials: |

[stamp: 2006 MAY 24 P 1:12  U.S. DIST. COURT CLERK  EAST. DIST. MICH  FLINT]

Case Title: USA v. CHARLES GARY-DON ABBEY

County where offense occurred: Genesee

Check One:   ☒ Felony   ☐ Misdemeanor   ☐ Petty

☒ Indictment ✓ /Information ____ **no** prior complaint.
☐ Indictment ____ /Information ____ based upon prior complaint [Case number: _____]
☐ Indictment ____ /Information ____ based upon LCrR 57.10 (d) [Complete Superseding section below].

## Superseding Case Information:

Superseding to Case No: _____  Judge: _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges |
|---|---|
| | |

May 24, 2006
Date

*Robert W. Haviland* (signature)
ROBERT W. HAVILAND
Assistant United States Attorney

(810) 766-5031
Phone Number

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99