UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                NO.  4:06-CR-20286

v.

                                   HON. PAUL V. GADOLA

CHARLES GARY-DON ABBEY,

        Defendant.
_____/

## GOVERNMENT'S EXHIBIT LIST

1. City of Burton, OMB report for FY 2001

2. City of Burton, OMB report for FY 2002

3. Construction map of Maplewood Meadows No. 4

4. Warranty deed for lot 212 to Mark and Suzan Hinman, and closing documents

5. Warranty deed for ten lots to Sharp Homes Inc., and closing documents

6. Warranty deed for lot 211 to Kevin Rush, and closing documents

7. Warranty deed for lot 214 to Albert and Jodi Olah, and closing documents

8. Quit Claim deed for lot 239 to Amanda Spangler

9. Quit Claim deed for lot 239 to Charles and Anne Abbey

10. Warranty deed for eight lots to Darrin Enterprises Inc., and closing documents

11. Airline booking records, Flint-Miami return, Feb. 4-7, 2002 (Smiley)

12. Airline booking records, Flint-Miami return, Feb. 4-7, 2002 (Abbey)

                                         STEPHEN J. MURPHY
                                         United States Attorney

Dated: March 12, 2007        s/ ROBERT W. HAVILAND
                                         Assistant U.S. Attorney
                                         600 Church Street
                                         Flint, MI  48502
                                         (810) 766-5031
                                         robert.haviland@usdoj.gov
                                         P25665

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2007, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Charles A. Grossmann, Attorney for Defendant.

                                         s/ ROBERT W. HAVILAND
                                         Assistant United States Attorney
                                         600 Church Street
                                         Flint, MI  48502
                                         (810) 766-5031
                                         robert.haviland@usdoj.gov
                                         P25665